# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LEA A. DUCKSWORTH
2415 BLAISDELL STREET
ROCKFORD, IL  61101

Case Number: 04-72111

SSN-xxx-xx-9748

|  |  |
|---|---|
| Case filed on: | 4/20/2004 |
| Plan Confirmed on: | 6/25/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $9,013.58          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | LEA A. DUCKSWORTH | 0.00 | 0.00 | 13.58 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 13.58 | 0.00 |
|  |  |  |  |  |  |
| 001 | ELITE MOTORS | 5,336.00 | 5,336.00 | 5,336.00 | 0.00 |
| 003 | EMC MORTGAGE | 1,620.66 | 1,620.66 | 0.00 | 0.00 |
|  | Total Secured | 6,956.66 | 6,956.66 | 5,336.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | SECURITY FINANCE | 185.00 | 185.00 | 79.47 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BARRICK, SWITZER, LONG, BALSLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SWEDISH AMERICAN HOSPITAL | 158.23 | 158.23 | 67.96 | 0.00 |
| 011 | EQUINOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HIGH RISK OBSTETRICS & DIAG. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | KEY FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 1,387.86 | 1,387.86 | 596.11 | 0.00 |
| 017 | OB-GYN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RHM MATERNAL FETAL MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCK RIVER WATER RECLAMATION | 157.44 | 157.44 | 67.62 | 0.00 |
| 021 | ROCKFORD HEALTH SYSTEMS/ | 1,490.80 | 1,490.80 | 640.32 | 0.00 |
| 022 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 105.00 | 105.00 | 45.10 | 0.00 |
| 024 | SBC CORPORATION | 371.97 | 371.97 | 159.76 | 0.00 |
| 025 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | UNIVERSAL FIDELITY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SWEDISH AMERICAN HOSPITAL | 123.90 | 123.90 | 53.22 | 0.00 |
| 028 | REBOUND PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,980.20 | 3,980.20 | 1,709.56 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 12,300.86 | 12,300.86 | 8,423.14 | 0.00 |

Total Paid Claimant:     $8,423.14
Trustee Allowance:       $590.44
Percent Paid Unsecured:   42.95

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

# United States Bankruptcy Court

of the

### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008                    By  /s/Heather M. Fagan